NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE COMPAK COMPANIES, LLC,**
*Plaintiff-Appellant,*

v.

**JIMMIE L. JOHNSON, RON BOWEN, PATPAK, INC., OLMARC PACKAGING COMPANY, AND URBAN MINISTRIES, INC.,**
*Defendants,*

AND

**BRUCE CARLSON, DUOTECH HOLDINGS, INC., AND DUOTECH PACKAGING, LLC,**
*Defendants-Cross Appellants.*

---

2011-1457, -1483

---

Appeals from the United States District Court for the Northern District of Illinois in case no. 03-CV-7427, Senior Judge John F. Grady.

---

ON MOTION

---

ORDER

The Compak Companies, LLC moves out of time to file its initial brief. The court notes that the appellant's initial brief was rejected by the court on December 7, 2011, and the appendix was rejected by the court on December 8, 2011.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the appellant's corrected initial brief and appendix are due within 14 days of the date of filing of this order.

FOR THE COURT

___DEC 2 9 2011___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: George J. Spathis, Esq.
    Marshall J. Burt, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2011

JAN HORBALY
CLERK